```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                   DIVISION OF ST. THOMAS AND ST. JOHN


JANELLE K. SARAUW, BRIGITTE      )
BERRY,                           )
                                 )
              Plaintiffs,        )
                                 )    Civil No. 2017-5
         v.                      )
                                 )
KEVIN A. RODRIQUEZ, CAROLINE F.  )
FAWKES, VIRGIN ISLANDS JOINT     )
BOARD OF ELECTIONS, BOARD OF     )
ELECTIONS ST. THOMAS & ST. JOHN, )
                                 )
              Defendants.        )
                                 )
                                 )
KEVIN A. RODRIQUEZ,              )
                                 )
              Plaintiff,         )
                                 )
         v.                      )    Civil No. 2017-3
                                 )
32ND LEGISLATURE OF THE VIRGIN   )
ISLANDS, SENATOR MYRON JACKSON,  )
                                 )
              Defendants.        )
                                 )
```

**ATTORNEYS:**

**Edward L. Barry**
Christiansted, U.S.V.I.
   *For Janelle K. Sarauw and Brigitte Berry,*

**Francis E. Jackson, JR**
Law Offices of Francis Jackson
St. Thomas, U.S.V.I.
   *For Kevin A. Rodriquez,*

*Sarauw v. Rodriquez; Rodriquez v. 32nd Legislature of the V.I.*
Civil No. 2017-5; Civil No. 2017-3
Judgment
Page 2

**Claude E. Walker, AG**
**Ariel Marie Smith-Francois, AAG**
**Carol Thomas-Jacobs, AAG**
**Pamela R. Tepper, AAG**
V.I. Department of Justice
St. Thomas, U.S.V.I.
    *For Caroline F. Fawkes,*

**Julita K. De Leon**
St. Thomas, U.S.V.I.
    *For Virgin Islands Joint Board of Elections and Board of Elections St. Thomas & St. John,*

**Kye Walker**
Christiansted, U.S.V.I.
    *For 32nd Legislature of the Virgin Islands and Senator Myron Jackson.*

### JUDGMENT

**GÓMEZ, J.**

Before the Court is (1) the complaint filed by Kevin A. Rodriquez against the 32nd Legislature of the Virgin Islands and Senator Myron Jackson bearing Civil Case No. 17-3 (the "Federal Action"); and (2) the complaint filed by Janelle K. Sarauw and Brigitte Berry against Kevin A. Rodriquez; the Joint Board of Elections; the Board of Elections St. Thomas & St. John; and Caroline F. Fawkes bearing Civil Case No. 17-5 (the "Removed Action") (the Removed Action and the Federal Action are collectively referred to as the "Consolidated Cases").

*Sarauw v. Rodriquez*; *Rodriquez v. 32nd Legislature of the V.I.*
Civil No. 2017-5; Civil No. 2017-3
Judgment
Page 3

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that **JUDGMENT** is **GRANTED** in the Federal Action in favor of the 32nd Legislature of the Virgin Islands and Senator Myron Jackson; it is further

**ORDERED** that the complaint of Kevin A. Rodriquez in the Federal Action is **DISMISSED**; it is further

**ORDERED** that, the claims alleged by Janelle K. Sarauw and Brigitte Berry in the Removed Action, against the Joint Board of Elections (or its successor); the Board of Elections St. Thomas & St. John (or its successor); Caroline F. Fawkes; and Kevin A. Rodriquez are **MOOT**; it is further

**ORDERED** that the complaint of Janelle K. Sarauw and Brigitte Berry in the Removed Action is **DISMISSED**; it is further

**ORDERED** that all pending motions in the Consolidated Cases are **MOOT**; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** these Consolidated Cases.

S\_____
**Curtis V. Gómez**
**District Judge**